**Opinion issued November 13, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00882-CV

————————————

## IN RE ANDREW SULLO, Relator

———

**Original Proceeding on Petition for Writ of Mandamus**

———

### MEMORANDUM OPINION

Relator, Andrew Sullo, filed a petition for writ of mandamus on October 31, 2014, seeking to compel the respondent trial court to vacate its October 16, 2014 order granting the motion to compel the identities of callers, filed by the defendants/real parties in interest, by October 31, 2014.[1] With the petition, relator also included a motion for a stay of all proceedings pending resolution of his

---

[1] The underlying case is *William Carter, et al. v. Kubosh Bail Bonding, et al.*, Cause No. 2013-50819, pending in the 129th District Court of Harris County, Texas, the Honorable Michael Gomez presiding.

petition.  The Court, having examined and fully considered the petition, is of the opinion that relator has not established himself entitled to the mandamus relief sought.

Accordingly, we **deny** the petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a), (d).  We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Keyes, Higley, and Brown.